# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

KRISTY BARSCH,                              Civil No. 09-1204 (JRT/AJB)

                Plaintiff,

v.

                                    **ORDER FOR DISMISSAL**

GREG SIERA, TRAVIS CARLSON,
ERIC KLEIN, HUBBARD COUNTY,
AND CITY OF AKELEY,

                Defendants.

---

    Ashley Wenger, Robert Bennett and Andrew Noel, **FLYNN, GASKINS & BENNETT, LLP,** 333 South Seventh Street, 29th Floor, Minneapolis, MN 55402, for plaintiff.

    Greg Siera, **JOHNSON & LINDBERG, PA,** 7900 International Drive, Suite 960, Minneapolis, MN 55425, for Defendant Greg Siera.

    Jana O'Leary Sullivan, **LEAGUE OF MINNESOTA CITIES**, 145 University Avenue West, St. Paul, MN 55103, for Defendant Travis Carlson.

    Jason Hively and Jon Iverson, **IVERSON REUVERS, LLC**, 9321 Ensign Avenue South, Bloomington, MN 55438, for Defendant Eric Klein.

    Scott Anderson, **RATWIK ROSZAK & MALONEY, PA,** 730 Second Avenue South, Suite 300, Minneapolis, MN 55402, for Defendant Hubbard County.

    Clifford Greene and Robin Wolpert, **GREENE ESPEL, PLLP**, 200 South Sixth Street, Suite 1200, Minneapolis, MN 55402, for Defendant City of Akeley.

    Based upon the parties' stipulation of dismissal [Docket No. 22], filed on September 10, 2009, and upon all of the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that the settlement of this action by Kristy Barsch against the City of Akeley, Eric Klein and Travis Carlson, is approved pursuant to Minn.

Stat. § 466.08 and, as a result, the above-entitled action may be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**IT IS FURTHER ORDERED** that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims against the City of Akeley, Eric Klein and Travis Carlson, and the counterclaim by Eric Klein against Kristi Barsch, without costs or disbursements to any of the parties, may be entered herein.

DATED: September 11, 2009
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge