UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

KRISTY BARSCH,                                Civil No. 09-1204 (JRT/AJB)

           Plaintiff,

v.                                       **ORDER OF DISMISSAL**

GREG SIERA AND HUBBARD
COUNTY,

           Defendants.
_____

Ashley Wenger, Robert Bennet, Andrew Noel, **FLYNN GASKINS & BENNETT, LLP,** 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for plaintiff.

Roger Rowlette and Jason Marcus Hill, **JOHNSON & LINDBERG, PA**, 7900 International Drive, Suite 960, Minneapolis, MN 55425, for Defendant Greg Siera.

Scott Anderson, **RATWIK ROSZAK & MALONEY, PA**, 730 Second Avenue South, Suite 300, Minneapolis, MN 55402, for Defendant Hubbard County.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for ninety days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: December 10, 2009
at Minneapolis, Minnesota.                              s/ John R. Tunheim    
                                                                       JOHN R. TUNHEIM
                                                       United States District Judge